Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff International License Exchange of America, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

INTERNATIONAL LICENSE EXCHANGE OF AMERICA, LLC,

Plaintiff,

v.

MONOPRICE, INC.,

Defendant.

Case No. 8:20-cv-00756-JVS (DFMx)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff International License Exchange of America, LLC hereby files this voluntary Notice of Dismissal of Defendant Monoprice, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the opposing party of an answer. Defendant has not yet answered the Complaint. Accordingly, Plaintiff International License Exchange of America, LLC voluntarily dismisses Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: July 30, 2020

By: /s/ *Jeffrey Francis Craft*
Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

*Attorneys for Plaintiff International License Exchange of America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on July 30, 2020

*/s/ Jeffrey Francis Craft*
Jeffrey Francis Craft

*Attorneys for Plaintiff International License Exchange of America, LLC*